# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA  )
                          )
v.                        ) CR. S. 05-515 FCD
                          )
GUSTAVO NEGZAI ROJAS-GUZMAN )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
      (X) Ad Prosequendum      ( ) Ad Testificandum.

Name of Detainee: GUSTAVO NEGZAI ROJAS-GUZMAN

Detained at (custodian): DVI TRACY

Detainee is:  a.)  (X) charged in this district by:
      ( X ) Indictment    ( ) Information    ( ) Complaint
      Charging Detainee With: Deported Alien Found in the United States

  or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of proceedings
  or  b.)  (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **March 2, 2006** *in the Eastern District of California.*

Signature: /s/ Michael M. Beckwith
Printed Name & Phone No: MICHAEL M. BECKWITH/916-554-2797
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **March 2, 2006** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

February 8, 2006      /s/ Peter A. Nowinski
Date      United States ~~District~~/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Gerardo Rojas-Guzman, aka Gerardo Guzman-Rojas | Male X | Female |
| Booking or CDC #: | CDC #F08888  Alien #A91 458 065 | DOB: | |
| Facility Address: | 23500 Kasson Road | Race: | |
| | Tracy, CA 95376 | FBI #: | 481846AA8 |
| Facility Phone: | 209-835-4141 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____
      (Signature)

G:\DOCS\NOW\CM ECF Folder\Robbin\SIGN & PUBLISH\rojas-guzman.wpd
Form Crim-48      Revised 11/19/97